IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| KASSAN KHALID MORGAN, | ) | |
| TDCJ No. 1306656, | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 7:12-CV-034-O |
| v. | ) | |
| | ) | |
| DANNA RICHARDS, *et al.*, | ) | |
| Defendants. | ) | |

ORDER ACCEPTING FINDINGS OF FACT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the records relevant to Plaintiff's Motion for Preliminary Injunction, of the Findings of Fact and Recommendation of the United States Magistrate Judge, and of Plaintiff's objections thereto, I am of the opinion that the Findings of Fact and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the Findings of the Court.

Accordingly, Plaintiff's Motion for Preliminary Injunction (Doc. No. 28) is DENIED.

SO ORDERED this 24th day of October, 2012.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**